# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25–cv–00975–GPG–MDB

The ESTATE OF MICHAEL BURCH, by and through personal representative Linda McMillan,

Plaintiff,

v.

The BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF HUERFANO, a municipality; HUERFANO COUNTY SHERIFF'S OFFICE, a governmental entity; SHERIFF BRUCE NEWMAN, in his official capacity as Huerfano County Sheriff; DETENTION OFFICER STUART PINO, in his individual capacity; CAPTAIN LEA VIGIL, in her individual capacity; CAPTAIN BILLY LAPORTE, in his individual capacity; HUERFANO COUNTY HOSPITAL DISTRICT D/B/A SPANISH PEAKS REGIONAL HEALTH CENTER, a governmental entity; PARAMEDIC SAM TRUJILLO, in his individual capacity; PARAMEDIC GABRIEL MARTINEZ, in his individual capacity; HEALTH CARE PARTNERS FOUNDATION, INC., a corporation; CERTIFIED NURSE AIDE SHANENE SANDERS, in her individual capacity; REGISTERED NURSE RACHAEL SIMPSON, in her individual capacity; and NURSE PRACTITIONER JENNIFER GREEN, in her individual capacity,

Defendants.

---

## COVER PAGE/PLACEHOLDER FOR CONVENTIONALLY SUBMITTED MATERIALS IN SUPPORT OF MOTION TO DISMISS [ECF 49]

---

Defendants, Health Care Partners Foundation, Inc. ("Defendant HCPF"), Shanene Sanders ("Defendant Sanders"), Rachael Simpson ("Defendant Simpson"), and Jennifer Green ("Defendant Green") (collectively, "Defendants"), pursuant to D.C.COLO.LCivR 5.1(b)(1) and Electronic Case Filing Procedures 4.8(f), submit this Cover Page/Placeholder identifying materials in support of Defendants' Motion to Dismiss, filed contemporaneously with this Cover Page/Placeholder as ECF 49-1, which will be conventionally submitted via electronic link directly to Chambers due to their nature and size and therefore cannot be uploaded to CM/ECF:

    1.    Exhibit C (HCDC surveillance video of use of force prior to Defendant Sanders'

2

arrival);

2. Exhibit D (HCDC surveillance video from Defendant Sanders' arrival through Burch's transfer to adjacent cell);

3. Exhibit E (bodycam footage, Captain Billy LaPorte ("Defendant LaPorte");

4. Exhibit F (HCDC surveillance video of Burch requesting medical attention on April 1, 2023);

5. Exhibit G (HCDC surveillance video of Burch being escorted to medical on April 1, 2023); and

6. Exhibit H (HCDC surveillance video of Burch receiving prescribed medication on April 2, 2023).