IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25–cv–00975–GPG–MDB

The ESTATE OF MICHAEL BURCH, by and through personal representative Linda McMillan,

Plaintiff,

v.

The BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF HUERFANO, a municipality; HUERFANO COUNTY SHERIFF'S OFFICE, a governmental entity; SHERIFF BRUCE NEWMAN, in his official capacity as Huerfano County Sheriff; DETENTION OFFICER STUART PINO, in his individual capacity; CAPTAIN LEA VIGIL, in her individual capacity; CAPTAIN BILLY LAPORTE, in his individual capacity; HUERFANO COUNTY HOSPITAL DISTRICT D/B/A SPANISH PEAKS REGIONAL HEALTH CENTER, a governmental entity; PARAMEDIC SAM TRUJILLO, in his individual capacity; PARAMEDIC GABRIEL MARTINEZ, in his individual capacity; HEALTH CARE PARTNERS FOUNDATION, INC., a corporation; CERTIFIED NURSE AIDE SHANENE SANDERS, in her individual capacity; REGISTERED NURSE RACHAEL SIMPSON, in her individual capacity; and NURSE PRACTITIONER JENNIFER GREEN, in her individual capacity,

Defendants.

---

**DEFENDANTS, HEALTH CARE PARTNERS FOUNDATION, INC.'S, SHANENE SANDERS', RACHAEL SIMPSON'S, AND JENNIFER GREEN'S UNOPPOSED MOTION FOR RESTRICTED ACCESS**

---

Defendants, Health Care Partners Foundation, Inc., Shanene Sanders, Rachael Simpson, and Jennifer Green (collectively, "Defendants"), by and through undersigned counsel, hereby submit their Unopposed Motion for Restrict Access of Exhibit B to their Motion to Dismiss pursuant to F.R.C.P. 12(b)(6), [ECF 49, filed June 23, 2025], and in support thereof, state as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants has conferred with counsel for Plaintiff, the Estate of Michael Burch ("Plaintiff"), who has advised Plaintiff does not oppose

the relief requested herein.

## REQUEST FOR LEAVE TO RESTRICT

1. On June 10, 2025, the Court entered a Protective Order imposing restrictions on the use of any document that references or discloses the substance of Confidential Information. [ECF 47]. Further, the Protective Order states "[a]ny request to restrict public access to materials designated as CONFIDENTIAL pursuant to this Protective Order must comply with the requirements of D.C.COLO.LCivR 7.2. The party seeking to restrict a document filed with the Court shall bear the burden of establishing that the document should be restricted." [ECF 47, ¶ 14.

2. On June 23, 2025, Defendants filed their Motion to Dismiss pursuant to F.R.C.P. 12(b)(6). [ECF 49]. Exhibit B to Defendants' Motion to Dismiss is decedent, Michael Burch's medical records made during his subject detention at the Huerfano County Detention Center. During disclosure, the medical records made during decedent's subject detention at the Huerfano County Detention Center were identified as confidential. Accordingly, a redacted version of Exhibit B removing the protected health information was filed in lieu of an unredacted version. [ECF 49-3]. Defendants now move for restricted access to keep the redacted version in place in CM/ECF.

3. Local Rule 7.2 requires a motion to restrict to show, among other things, "why such interest outweighs the presumption of public access," and to "explain why no alternative to restriction is practicable or why only restriction will adequately protect the interest in question (e.g., redaction, summarization, restricted access to exhibits or portions of exhibits)[.]" D.C.COLO.LCivR 7.2(c)(2) and (4).

4.  Besides being identified as confidential material under the Protective order by the parties during initial disclosures, the Estate of Michael Burch has a considerable privacy interest in avoiding the undue public disclosure of his medical records.

5.  There is no reasonable alternative to restriction of the medical records aside from the redactions made and filed to CM/ECF. Decision of Defendants' Motion to Dismiss does not turn on specific discussion of decedent's medical records, only a general understanding when certain things were done; for instance, the circumstances surrounding why an intake examination could not be completed, date of consent to medical services by decedent, the telehealth date and prescription of certain medications, and the subsequent medication administration insofar it shows interactions with decedent.

6.  Defendants acknowledge the Court must consider the presumption of public access to judicial records in determining if a document should be restricted. In this regard, decedent's medical records should be of no value to the public and do not impact the public's understanding of the case, because the unrestricted filings that are available to the public include all of the information that could be of interest to the public. The information included in the medical records would either be redundant of publicly disclosed information or irrelevant to the issues in dispute. For these reasons, there is a sufficiently significant interest that justifies restriction of the documents at Level 1. *See Robinson v. Stumph*, No. 18-cv-01851-MSK-KMT, 2021 WL 3675173, at *6 (D. Colo. Aug. 19, 2021). Further, Level 1 restriction provides the least restrictive means of protecting the information and ensures the information can be revealed to the Court and to the parties.

7.  Accordingly, Defendants seek Level 1 Restriction for decedent's medical records comprising Exhibit B to their Motion to Dismiss, [ECF 49-3], as currently filed with redactions

and without the need to substitute with an unredacted version for the reasons set forth above and pursuant to the Protective Order, which are to be revealed to only the Court and the parties as submitted directly to the Court with its other identified conventionally filed exhibits.

WHEREFORE, Defendants request this Court GRANT their Unopposed Motion for Restriction.

Dated this 23rd day of June, 2025.

                                        TYSON & MENDES LLP

                                        By:    */s/ Michael D. Drews*
                                                      Michael D. Drews
                                                      7800 East Dorado Place, Suite 120
                                                      Greenwood Village, Colorado 80111
                                                      Telephone: (720) 726-5893
                                                      Facsimile: (720) 408-6385
                                                      Email: mdrews@tysonmendes.com

                                        Attorneys for Defendants
                                        *Health Care Partners Foundation, Inc.,*
                                        *Shanene Sanders, Rachael Simpson, and*
                                        *Jennifer Green*

## CERTIFICATE OF SERVICE

  The undersigned certifies that a true and correct copy of the foregoing was served on the 23rd day of June, 2025, upon the following:

| | |
|---|---|
| Rathod \| Mohamedbhai LLC | [_____] U.S. Mail |
| Felipe Bohnet-Gomez, Esq. | [_____] Fed Ex |
| Matthew Cron, Esq. | [_____] Fax |
| Omeed Azmoudeh, Esq. | [_____] Hand Delivered |
| Stephanie Wise, Esq. | [_____] E-Mailed |
| Katie Wiese Valiant, Esq. | [__X__] E-Filed |
| 2701 Lawrence Street, Suite 100 | |
| Denver, Colorado 80205 | |
| fbg@rmlawyers.com | |
| mc@rmlawyers.com | |
| oa@rmlawyers.com | |
| sw@rmlawyers.com | |
| kw@rmlawyers.com | |
| | |
| The Law Office of Adam J. Schultz | [_____] U.S. Mail |
| Adam J. Schultz, Esq. | [_____] Fed Ex |
| 211 W. Abriendo Avenue | [_____] Fax |
| Pueblo, Colorado 81004 | [_____] Hand Delivered |
| adam@aschultzlaw.com | [_____] E-Mailed |
| | [__X__] E-Filed |
| | |
| SGR, LLC | [_____] U.S. Mail |
| Eric Michael Ziporin, Esq. | [_____] Fed Ex |
| Bennett McInnis Harrell, Esq. | [_____] Fax |
| Tiffany E. Toomey, Esq. | [_____] Hand Delivered |
| Jonathan N. Eddy, Esq. | [_____] E-Mailed |
| 3900 East Mexico Avenue, Suite 700 | [__X__] E-Filed |
| Denver, Colorado 80210 | |
| eziporin@sgrllc.com | |
| bharrell@sgrllc.com | |
| jeddy@sgrllc.com | |
| ttoomey@sgrll.com | [_____] U.S. Mail |
| Hershey Decker Drake | [_____] Fed Ex |
| Kari M. Hershey, Esq. | [_____] Fax |
| 10463 Park Meadows Drive, Suite 209 | [_____] Hand Delivered |
| Lone Tree, Colorado 80124 | [_____] E-Mailed |
| kari@hersheydecker.com | [__X__] E-Filed |

Signed original document maintained
and available pursuant to Rule 121.

*/s/ Heidi Carmack Cline*